1040 

[No. 56510-9-I. Division One. January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00123-5, Charles R. Snyder, J., entered June 15, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56768-3-I. Division One. January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. A.L.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-01142-8, Philip G. Hubbard, Jr., J., entered July 21, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56911-2-I. Division One. January 16, 2007.]

3M COMPANY, *Respondent*, v. STONGARD, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-37888-7, James D. Cayce, J., entered August 17, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Ellington, JJ.

[No. 57222-9-I. Division One. January 16, 2007.]

ROGER HENDERSON ET AL., *Respondents*, v. DAWN CAGE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-39074-5, Richard McDermott, J., entered October 6, 2005. *Affirmed* by unpublished per curiam opinion.